UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

KIMBERLY L. LUDDEN,                    )
                                       )
                    Plaintiff,         )
                                       )
          v.                           )          Civil No. 05-196-B-W
                                       )
SPRAGUE ENERGY CORP.,                  )
                                       )
                    Defendant.         )

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision

filed January 23, 2006, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Defendant's Motion to Dismiss

(Docket No. 3) be and hereby is GRANTED.


                              /s/ John A. Woodcock, Jr._____
                              JOHN A. WOODCOCK, JR.
                              UNITED STATES DISTRICT JUDGE

Dated this 14th day of February, 2006